1843.

Gee
v.
Southworth.

---

## Gee vs. Southworth.

Where an injunction bill is filed to stay the collection of a judgment, upon the ground that it is usurious, the court will not allow to the complainant the favor of substituting a bond with sureties, instead of bringing the money into court, upon granting the injunction ; unless he offers in his bill to pay the amount due for principal and legal interest, and waive the forfeiture.

This was an application by the complainant for an injunction to stay the collection of a judgment at law, upon the ground of usury ; and for liberty to give a bond with sureties, instead of bringing the amount of the judgment into court, as directed by the statute.

*May 17.*

*R. J. Hilton,* for the complainant.

The Chancellor said, that the statute having directed the money to be brought into court, upon the granting of an injunction after judgment, permitting a bond with sureties to be substituted was out of the usual course of proceedings, and was a great favor to the complainant ; which favor ought not to be granted, unless he was willing to do equity, by waiving the forfeiture in his bill, and permitting the defendant to collect the amount justly due for principal and legal interest ; that if the complainant insisted upon the forfeiture he must bring the money into court, to abide the event of the suit.

Order accordingly.